## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE CO.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 4:04-cv-112** |
| | ) | |
| **EDWARD SCOT POTTER,** | ) | **MATTICE/CARTER** |
| **KATHY POTTER,** | ) | |
| **DANLON FARMS, L.L.C.,** | ) | |
| **JOHN PUCKETT,** | ) | |
| **JOHN PUCKETT and HOLLY** | ) | |
| **PUCKETT, d/b/a PUCKETT STABLES,** | ) | |
| **PAULETTE T. CHEEK, and** | ) | |
| **CHARLES E. CHEEK,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **EDWARD SCOT POTTER,** | ) | |
| **KATHY POTTER,** | ) | |
| **DANLON FARMS, L.L.C.,** | ) | |
| **JOHN PUCKETT,** | ) | |
| **JOHN PUCKETT and HOLLY** | ) | |
| **PUCKETT, d/b/a PUCKETT STABLES,** | ) | |
| | ) | |
| **Third Party Plaintiffs,** | ) | |
| | ) | |
| **STEVE LIDDELL, d/b/a S. H. LIDDELL** | ) | |
| **INSURANCE AGENCY, HOLLY** | ) | |
| **LIDDELL, individually and as agent** | ) | |
| **For S. H. LIDDELL INSURANCE** | ) | |
| **AGENCY, AND BARNES EQUINE** | ) | |
| **INSURANCE AGENCY as substituted** | ) | |
| **For S. H. LIDDELL INSURANCE** | ) | |
| **AGENCY,** | ) | |
| | ) | |
| **Third Party Defendants.** | ) | |

## AGREED ORDER AMENDING DEFENDANTS' ANSWER

It appearing unto the Court that Defendants/Third Party Plaintiffs, Edward Scot Potter,

Kathy Potter, John Puckett and Holly Puckett filed a Motion requesting permission to file an

amended answer (Doc. No. 66) and that all other parties have agreed that the Motion is well taken and the Court so finds. It is therefore

**ORDERED, ADJUDGED and DECREED** by the Court that Defendants/Third Party Plaintiffs, Edward Scot Potter, Kathy Potter, John Puckett and Holly Puckett be allowed to amend their Answer as attached to this Order.

**SO ORDERED** this the 26th day of November, 2007.


s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE


**APPROVED FOR ENTRY:**

**SWAFFORD, PETERS, PRIEST & HALL**


By:    /s/ Michael D. Hall
       Michael D. Hall        BPR No. 20415
       100 First Avenue, S.W.
       Winchester, Tennessee  37398
       (931) 967-3888
       Attorney for Defendants/Third Party Plaintiffs

**LAW OFFICE**


By:    /s/ Mark A. Polk
       Mark A. Polk, Esquire
       107 West College Street
       Murfreesboro, TN 37130
       Attorney for Defendants, Cheeks

**LeVAN, SPRADER & PATTON**


By:    /s/ Mark S. LeVan
       Mark S. LeVan, Esquire
       LeVan, Sprader & Patton
       150 Fourth Avenue North, Suite 1020
       Nashville, TN 37219
       Attorney for Great American

**LAW OFFICE**


By:     /s/ Barry Howard
         Barry Howard, Esquire
         150 Second Ave. N, Suite 201
         Nashville, TN 37201
         Attorney for Barnes Equine Insurance agency

**MILLER & MARTIN, PLLC**


By:     /s/ Lynda Motes Hill
         Lynda Motes Hill, Esquire
         Miller & Martin, PLLC
         832 Georgia Avenue, Suite 1000
         Volunteer Building
         Chattanooga, TN
         Attorney for S. H. Liddell insurance Agency

**LAW OFFICE**


By:     /s/ R. Steven Waldron
         Of Counsel:
         R. Steven Waldron, Esquire
         202 West Main Street
         Murfreesboro, TN 37130
         Attorney for Defendants, Cheeks